United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE LEONEL RIVERA,<br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | §<br>§<br>§<br>§  Civil Action No. 1:16-cv-128<br>§  (Criminal No. 1:14-cr-801-1)<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's "Report and Recommendations" (Docket No. 5) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Rivera's "Motion to Vacate, Set Aside or Correct Sentence (2255)" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this 18th day of October, 2016.

Rolando Olvera
United States District Judge